IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re MIMEDX GROUP, INC. SECURITIES LITIGATION | Case No. 1:18-cv-00830-WMR |
| This Document Relates To:<br><br>ALL ACTIONS. | CLASS ACTION |

**DEFENDANTS' MOTION FOR PROPOSED SCHEDULE FOR CONSOLIDATED AMENDED COMPLAINT AND RESPONSES THERETO**

Defendants MiMedx Group, Inc. ("MiMedx"), Parker H. Petit, and Michael J. Senken (collectively with MiMedx, "Defendants"), by their undersigned counsel, submit the following proposed schedule for Lead Plaintiff to file its Consolidated Amended Complaint ("Amended Complaint") and Defendants to answer, move or otherwise respond thereto. Counsel for Lead Plaintiff and Defendants have met and conferred regarding the schedule and have reached a general agreement on the dates that are included in the Motion. However, Lead Plaintiff unilaterally filed its

Motion (ECF No. 54) without an agreement between the parties on the final version of the Motion. Defendants, therefore, file this Motion setting forth their position.

In support of this Motion, Defendants show as follows:

WHEREAS, on January 16, 2019, the Court entered an Order Granting Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF No. 42);

WHEREAS, on January 16, 2019, the Court entered a Minute Entry directing "Counsel to confer within seven (7) business days and submit a proposed scheduling order for the filing of a consolidated amended complaint and Defendants' responses thereto" (ECF No. 41);

WHEREAS, Defendants' request is in the interest of judicial economy and no party will be prejudiced if this Motion is granted;

WHEREAS, Defendants now respectfully request that the Court establish the following deadlines for the filing of an Amended Complaint and responses thereto:

1. Plaintiff shall file its Amended Complaint the earlier of (i) forty-five (45) days from the date of issuance of MiMedx's restated financial statements, or (ii) May 1, 2019;[1]

2. Defendants' answers, motions or other responses to the Amended Complaint shall be due sixty (60) days from service of the Amended Complaint;

3. If any Defendant moves to dismiss the Amended Complaint, Plaintiff shall have sixty (60) days from the filing of the motion to dismiss to file an Opposition to any motion to dismiss;

4. Any Defendant that moves to dismiss the Amended Complaint shall have thirty (30) days from the filing of Plaintiff's Opposition to file a reply in further support of their Motion to Dismiss.

5. Unless specifically address herein, this Motion shall have no effect on any of the other obligations of the parties under the Local Rules.

---

[1] Should the Amended Complaint be filed prior to the issuance of the restated financial statements, and Lead Plaintiff determines that a further amendment is necessary following the issuance of the restated financial statements, Lead Plaintiff shall be permitted to seek leave to amend under Fed. R. Civ. P. 15. Defendants expressly reserve their rights to oppose further amendment.

Respectfully submitted, this 26th day of January, 2019.

                                  **ALSTON & BIRD LLP**

                                  /s/ *Robert R. Long*
                                  Robert R. Long
                                  Georgia Bar No. 141546
                                  Elizabeth Gingold Clark
                                  Georgia Bar No. 917979
                                  One Atlantic Center
                                  1201 West Peachtree Street
                                  Suite 4900
                                  Atlanta, Georgia  30309-3424
                                  Telephone: (404) 881-7000
                                  Facsimile: (404) 881-7777
                                  robert.long@alston.com
                                  elizabeth.clark@alston.com


                                  **SIDLEY AUSTIN LLP**

                                  Walter C. Carlson (admitted *pro hac vice*)
                                  One South Dearborn
                                  Chicago, IL 60603
                                  Telephone: (312) 853-7734
                                  wcarlson@sidley.com

                                  Isaac S. Greaney (admitted *pro hac vice*)
                                  Robert M. Garsson (admitted *pro hac vice*)
                                  787 Seventh Avenue
                                  New York, NY 10019
                                  Telephone: (212) 839-5300
                                  igreaney@sidley.com
                                  rgarsson@sidley.com

                                  *Attorneys for MiMedx Group Inc.*

**FELLOWS LABRIOLA LLP**

/s/ *Henry D. Fellows, Jr.*
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, GA  30303
Telephone: (404) 586-9200
Facsimile: (404) 586-9201
hfellows@fellab.com

*Attorneys for Michael J. Senken*


**ROGERS & HARDIN LLP**

/s/ *Dan F. Laney*
Dan F. Laney
Georgia Bar No. 435290
Rogers & Hardin LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 230-0951
dlaney@rh-law.com


**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

William Weinreb (admitted *pro hac vice*)
Michael Packard (admitted *pro hac vice*)
Kaitlyn O'Connor (admitted *pro hac vice*)

5

111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7114
Facsimile: (617) 712-7200
billweinreb@quinnemanuel.com
michaelpackard@quinnemanuel.com
kaitoconnor@quinnemanuel.com

*Attorneys for Parker H. Petit*

## **LOCAL RULE 7.1D CERTIFICATION**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

/s/ *Robert R. Long*
Robert R. Long (Georgia Bar No. 141546)
*robert.long@alston.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

/s/ *Robert R. Long*
Robert R. Long  (Georgia Bar No. 141546)
*robert.long@alston.com*