UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re MIMEDX GROUP, INC. SECURITIES LITIGATION | ) Case No. 1:18-cv-00830-WMR ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) |

**JOINT MOTION FOR AMENDED SCHEDULING ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.4, Lead Plaintiff Carpenters Pension Fund of Illinois ("Lead Plaintiff") and Defendants (collectively, the "Parties") jointly move the Court for an amended scheduling order in connection with Lead Plaintiff's filing of an Amended Consolidated Complaint for Violations of the Federal Securities Laws ("Amended Complaint") and Defendants' responses thereto.

In support of this Joint Motion, the Parties respectfully show the Court that good cause exists as follows:

**WHEREAS**, on August 8, 2019, Defendant MiMedx Group, Inc. ("MiMedx") issued a press release indicating that it was working in good faith to

- 1 -

endeavor to complete the restatement of certain financial statements by December 16, 2019 ("Restatement");

**WHEREAS**, on September 17, 2019, the Parties filed a Joint Motion for Amended Scheduling Order (ECF No. 111) because the Restatement could impact this action, and the Parties sought to amend the schedule so that the Amended Complaint would be filed after the Restatement had been issued;

**WHEREAS**, on September 27, 2019, the Court entered an Order (ECF No. 112) ("Scheduling Order") granting the Parties' Joint Motion for Amended Scheduling Order.  The Scheduling Order provided that Lead Plaintiff shall file the Amended Complaint no later than January 31, 2020, that Defendants' responses to the Amended Complaint shall be due sixty (60) days from service of the Amended Complaint, that, if any Defendant moves to dismiss the Amended Complaint, Lead Plaintiff shall have sixty (60) days from the filing of the motion to dismiss to file an opposition, and that any Defendant that moves to dismiss the Amended Complaint shall have thirty (30) days from the filing of Lead Plaintiff's opposition to file a reply in further support of the motion to dismiss;

**WHEREAS**, on December 12, 2019, MiMedx issued a press release providing an update on the timing of the Restatement.  The press release stated that

MiMedx expects to file the Restatement in early 2020, rather than on December 16, 2019;

**WHEREAS**, because the Restatement is relevant to the Amended Complaint and because the Restatement has not yet been issued, the Parties respectfully request that the Court amend the Scheduling Order.[1] The request is in the interest of judicial economy and no party will be prejudiced if this Joint Motion is granted. Unless specifically addressed herein, this Joint Motion shall have no effect on any of the other obligations of the Parties under the Local Rules; and

**WHEREFORE**, the Parties believe good cause exists and respectfully request the Court amend the Scheduling Order as follows:

1. Lead Plaintiff shall file its Amended Complaint on or before March 30, 2020;

2. Defendants shall have sixty (60) days therefrom to file their responses;

3. In the event Defendants move to dismiss and/or strike the Amended Complaint, Lead Plaintiff shall have sixty (60) days therefrom to file its opposition(s) to Defendants' motions; and

---

[1] The proposed schedule is based on the Parties' best estimate as to when the anticipated Restatement will be issued. Should the Restatement be further delayed, the Parties will inform the Court of any potential impact on the proposed schedule.

4. Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition(s) to file replies in further support of their motions.

Respectfully submitted this 23rd day of January, 2020.

| **ALSTON & BIRD** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
|---|---|
| *s/ Robert R. Long* | *s/ Stephen R. Astley* |
| ROBERT R. LONG | STEPHEN R. ASTLEY |

ROBERT R. LONG
(Georgia Bar No. 141546)
ELIZABETH GINGOLD CLARK
(Georgia Bar No. 917979)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404/881-7000
robert.long@alston.com
elizabeth.clark@alston.com


**SIDLEY AUSTIN LLP**
WALTER C. CARLSON
One South Dearborn
Chicago, IL 60603
Telephone: 312/853-7000
wcarlson@sidley.com

**SIDLEY AUSTIN LLP**
ISAAC S. GREANEY
ROBERT M. GARSSON
787 Seventh Avenue
New York, NY 10019
Telephone: 212/839-5300

JACK REISE
ELIZABETH A. SHONSON
BAILIE L. HEIKKINEN
ANDREW T. REES
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
bheikkinen@rgrdlaw.com
arees@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
ARTHUR C. LEAHY
HILLARY B. STAKEM
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
hstakem@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

igreaney@sidley.com
rgarsson@sidley.com

*Counsel for Defendant MiMedx Group, Inc.*

**ROGERS & HARDIN LLP**

*s/ Dan F. Laney, III*
DAN F. LANEY, III

DAN F. LANEY, III
(Georgia Bar No. 435290)
2700 International Tower
229 Peachtree Street NE
Atlanta, GA 30303
Telephone: 404/420-4623
404/230-0933 (fax)
dlaney@rh-law.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
WILLIAM D. WEINREB
MICHAEL PACKARD
STACYLYN DOORE
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: 617/712-7100
617/712-7200 (fax)
billweinreb@quinnemanuel.com
michaelpackard@quinnemanuel.com
stacylyndoore@quinnemanuel.com

*Counsel for Defendants Parker H. Petit and William C. Taylor*

**HERMAN JONES LLP**
JOHN C. HERMAN
(Georgia Bar No. 348370)
PETER M. JONES
(Georgia Bar No. 402620)
CARLTON R. JONES
(Georgia Bar No. 940540)
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com
pjones@hermanjones.com
cjones@hermanjones.com

*Local Counsel for Lead Plaintiff*

**PARKER, HUDSON, RAINER & DOBBS LLP**

*s/ William J. Holley, II*
WILLIAM J. HOLLEY, II

WILLIAM J. HOLLEY, II
(Georgia Bar No. 362310)
SCOTT E. ZWEIGEL
(Georgia Bar No. 786616)
303 Peachtree Street, NE
Suite 3600
Atlanta, GA  30308
Telephone:  404/523-5300
404/522-8409 (fax)
wjh@phrd.com
sez@phrd.com

*Counsel for Defendant Chris Cashman*

**FELLOWS LABRIOLA LLP**

*s/ Henry D. Fellows, Jr.*
HENRY D. FELLOWS, JR.

HENRY D. FELLOWS, JR.
(Georgia Bar No. 257825)
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, NE
Atlanta, GA  30303
Telephone: 404/586-9200
404/586-9201 (fax)
hfellows@fellab.com

*Counsel for Defendant Michael J. Senken*

**MCGUIREWOODS LLP**

*s/ Keisha O. Coleman*
KEISHA O. COLEMAN

KEISHA O. COLEMAN
(Georgia Bar No. 844720)
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA  30309-3534
Telephone:  404/443-5624
404/443-5599 (fax)
kcoleman@mcguirewoods.com

**MCGUIREWOODS LLP**
CHARLES W. MCINTYRE
LOUIS D. GREENSTEIN
2001 K Street N.W., Suite 400
Washington, DC  20006
Telephone:  202-857-1700
202/857-1737 (fax)
cmcintyre@mcguirewoods.com
lgreenstein@mcguirewoods.com

*Counsel for Cherry Bekaert LLP*

## **LOCAL RULE 7.1D CERTIFICATION**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

<div align="right">

*s/ Stephen R. Astley*
STEPHEN R. ASTLEY

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of January, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

<div style="text-align:right">

*s/ Stephen R. Astley*
STEPHEN R. ASTLEY

</div>