UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re MIMEDX GROUP, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-00830-WMR <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

**[PROPOSED] ORDER GRANTING JOINT MOTION
FOR AMENDED SCHEDULING ORDER**

On January 23, 2020, Lead Plaintiff and Defendants (collectively, the "Parties") jointly moved the Court to amend the Scheduling Order (ECF No. 112), regarding Lead Plaintiff's filing of an Amended Consolidated Complaint for Violations of the Federal Securities Laws ("Amended Complaint") and Defendants' responses thereto.

Having considered the Parties' Joint Motion, the Court finds that there is good cause to amend the Scheduling Order as requested. Therefore, the Parties' Joint Motion is **GRANTED** and **IT IS HEREBY ORDERED** that:

- 1 -

1. Lead Plaintiff shall file its Amended Complaint on or before March 30, 2020;

2. Defendants shall have sixty (60) days therefrom to file their responses;

3. In the event Defendants move to dismiss and/or strike the Amended Complaint, Lead Plaintiff shall have sixty (60) days therefrom to file its opposition(s) to Defendants' motions; and

4. Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition(s) to file replies in further support of their motions.

**SO ORDERED**, this _____ day of January 2020.

> William M. Ray, II
> United States District Judge
> Northern District of Georgia