IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Norman MacPhee**<br>*Individually and on Behalf of All Others Similarly Situated,* et al<br><br>    Plaintiff,<br><br>        v.<br><br><br>**MiMedx Group, Inc.,**<br>et al<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:18-cv-830-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing to be conducted via **ZOOM VIDEO** on the Motion to Strike [Doc 138] and Motions to Dismiss [Doc 139, 140, 142, 143] in this case for Tuesday, February 23, 2021 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom.  Instructions for **ZOOM VIDEO** will be sent separately from the docket.

Each side shall  submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.

SO ORDERED, this 21st day of December, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE