UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re MIMEDX GROUP, INC. SECURITIES LITIGATION | ) Case No. 1:18-cv-00830-WMR ) ) <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) |

**LEAD PLAINTIFF'S MOTION FOR RELIEF FROM
JUDGMENT AND FOR LEAVE TO AMEND**

Pursuant to Federal Rules of Civil Procedure 59(e), 60(b), and 15(a)(2), Lead Plaintiff Carpenters Pension Fund of Illinois ("Lead Plaintiff") hereby moves the Court to vacate the March 25, 2021 Order and Judgment dismissing this case with prejudice (ECF Nos. 185, 186) and for leave to file a Third Amended Consolidated Complaint for Violations of the Federal Securities Laws ("TAC").  In support of this Motion, Lead Plaintiff submits herewith a Memorandum of Law, as well as the Declaration of Stephen R. Astley, to which the TAC and a redlined document showing the proposed changes to the Second Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 122) are respectively attached as Exhibits A and B.  Pursuant to Section II.(i.) of the Court's Standing Order Regarding Civil Litigation, the undersigned respectfully requests oral argument on this Motion.

| | |
|---|---|
| DATED: April 22, 2021 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | |
| | _s/ Stephen R. Astley_ |
| | JACK REISE |
| | STEPHEN R. ASTLEY |
| | ELIZABETH A. SHONSON |
| | BAILIE L. HEIKKINEN |
| | ANDREW T. REES |
| | 120 East Palmetto Park Road, Suite 500 |
| | Boca Raton, FL  33432 |
| | Telephone:  561/750-3000 |
| | 561/750-3364 (fax) |

1

jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
bheikkinen@rgrdlaw.com
arees@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
HILLARY B. STAKEM
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
hstakem@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

HERMAN JONES LLP
JOHN C. HERMAN
  (Georgia Bar No. 348370)
PETER M. JONES
  (Georgia Bar No. 402620)
CARLTON R. JONES
  (Georgia Bar No. 940540)
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6555
404/504-6501 (fax)
jherman@hermanjones.com
pjones@hermanjones.com
cjones@hermanjones.com

*Local Counsel for Lead Plaintiff*

2

## LOCAL RULE 7.1(D) CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1.

*s/ Stephen R. Astley*
STEPHEN R. ASTLEY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

>                          */s/ DRAFT*
>                    STEPHEN R. ASTLEY