IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Norman MacPhee** *Individually and on Behalf of All Others Similarly Situated*, et al<br><br>    Plaintiffs,<br><br>  v.<br><br><br>**MiMedx Group, Inc.,** et al**,**<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:18-cv-00830-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing to be conducted via **ZOOM VIDEO** on the Motion for Reconsideration [Doc 187] for Tuesday, July 20, 2021 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** will be sent separately from the docket. If any party wishes for the hearing to occur live in the courtroom with all counsel present, they may petition the Court within ten (10) days of the date of this Notice of Hearing; otherwise, the Court will proceed with a ZOOM VIDEO hearing.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: [sherri_lundy@gand.uscourts.gov](mailto:sherri_lundy@gand.uscourts.gov).**

SO ORDERED, this 11th day of June, 2021.

*[signature]*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE